# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| DAVID RUFFIN, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:16-1986 |
| v | : | |
| | | (JUDGE MANNION) |
| SUPERINTENDENT V. MOONEY et al., | : | |
| | : | |
| Defendants | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Fed.R.Civ.P. 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

s/Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 17, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1986-01-Order.wpd